ACCEPTED
01-13-01004-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 2:39:55 PM
CHRISTOPHER PRINE
CLERK

### No. 01-13-01004-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

————————◆————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/10/2015 2:39:55 PM

CHRISTOPHER A. PRINE
Clerk

### No. 1363644
In the 182nd District Court
Of Harris County, Texas

————————◆————————

**BRIAN VICTORIAN**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with one count of aggravated sexual assault of a child under fourteen years of age enhanced by one prior felony conviction, and the jury found the appellant guilty (CR –7-8, 18, 1364, 136-37; 6 RR 4-5). The trial court sentenced him to forty-five years in the Texas Department of Criminal Justice, Institutional Division (CR – 136-37; 7 RR 11-12). The appellant filed a timely notice of appeal, and

the trial court certified that he had the right to appeal (CR – 139-40). The State's brief was due on February 11, 2014. This is the State's second request for extension of time. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. This brief was not assigned to the undersigned attorney until December 22, 2014.

b. The record in this case is over eleven megabytes in length split over nine volumes and will take some time to process.

c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

(1)     Terrio Holiday v. The State of Texas
        No. 14-14-00467-CR
        Brief Due January 20, 2015
(2)     Jesus Escobar v. The State of Texas
        No. 01-13-00496-CR
        Brief Due February 2, 2015
(3)     Tiquisha Carroll v. The State of Texas
        No. 14-14-00178-CR
        Brief Due February 11, 2015
(4)     Manuel Rivera-Sanchez v. The State of Texas
        No. 01-14-00415-CR
        Brief Due February 27, 2015
(5)     William Delacruz v. The State of Texas
        No. 01-14-00606-CR
        Brief Due February 16, 2015
(6)     Eladio Najera v. The State of Texas
        No. 14-14-00400-CR
        Brief Due February 19, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit

the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*
**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Kurt B. Wentz
5629 Cypress Creek Parkway
Suite 115
Houston, TX 77069
kbsawentz@yahoo.com

/s/ *Katie Davis*
**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  February 10, 2015